```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Emilio Juarez Calixto,

        Plaintiff,

  -against-

Café 37 Inc. (D/B/A Café 37),
Pedro Gomez, Francisco Gomez,

        Defendants,
-------------------------------------------------------X

**17cv1400 (PAC)**
**DEFAULT JUDGMENT**

    This action having been commenced on ___2/24/2017___ by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, __Francisco Gomez__, on __3/6/2017__ by personal service on __Francisco Gomez__, and a proof of service having been filed on _____3/27/2017_____ and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

    ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $ 321,008.02 with interest at 9% from _____1/19/2015_____ (the midpoint date) until date of judgment amounting to $ 29,964.02 interest on unpaid wages and $ 2,821.00 interest on spread of hours, plus costs and disbursements of this action in the amount of $ 4,847.50 amounting in all to $ 325,855.52.

Dated: New York, New York
       September 6, 2017

                                                    PAUL A. CROTTY
                                                  United States District Judge