```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Emilio Juarez Calixto,

          Plaintiff,

   -against-

Café 37 Inc. (D/B/A Café 37),
Pedro Gomez, Francisco Gomez,

          Defendants,

-----------------------------------------------------------X

**17cv1400 (PAC)**
**DEFAULT JUDGMENT**

     This action having been commenced on __2/24/2017__ by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, __Pedro Gomez__, on __3/6/2017__ by personal service on __Francisco Gomez__, and a proof of service having been filed on __3/27/2017__ and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

     ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $ __321,008.02__ with interest at __9%__ from __1/19/2015__ (the midpoint date) until date of judgment amounting to $ __29,964.02__ interest on unpaid wages and $ __2,821.00__ interest on spread of hours, plus costs and disbursements of this action in the amount of $ __4,847.50__ amounting in all to $ __325,855.52__.

Dated: New York, New York
       September 6, 2017

                                                  _____
                                                  PAUL A. CROTTY
                                                  United States District Judge